FILED
CLERK, U.S. DISTRICT COURT

1/31/22

CENTRAL DISTRICT OF CALIFORNIA
BY:    CS          DEPUTY

JACOB THOMAS ASHER
FULL NAME

COMMITED NAME (IF DIFFERENT)

LOS ANGELES COUNTY JAIL
FULL ADDRESS
450 BAUCHET ST, LA CA 90012

PRISON NUMBER/BOOKING NUMBER: 6211581

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER    CV22-1130-JLS(SHK)LA22

JACOB ASHER          PLAINTIFFS
            V

            DEFENDANTS

LAPD, MEDICAL AT
MENS DOWNTOWN CENTRAL JAIL

CIVIL RIGHTS COMPLAINT
PURSUANT TO (CHECK ONE)
☒ 42 U.S.C § 1983

☐ BIVENS V. SIX UNKNOWN AGENTS
403 U.S. 388 (1971)

PREVIOUS LAWSUITS

1. HAVE YOU EVER BROUGHT ANY OTHER LAWSUITS IN A FEDERAL COURT WHILE A PRISONER: ☐ YES  ☒ NO

2. IF ANSWER TO "1" IS YES HOW MANY?

DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON AN ATTACHED PIECE OF PAPER USING THE SAME OUTLINE

a. PARTIES TO THIS PREVIOUS LAWSUIT:

PLAINTIFF

DEFENDANTS

b. COURT

c. DOCKET OR CASE NUMBER

d. NAME OF JUDGE WHO IT WAS ASSIGNED

f. ISSUES RAISED

g. APPROXAMATE DATE OF FILING LAWSUIT:

h. APPROXAMATE DATE OF DISPOSITION

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. IS THERE A GRIEVANCE PROCEDURE AVAILABLE AT THE INSTITUTION WHERE THE EVENTS RELATING TO YOUR CURRENT COMPLAINT? ☐ YES ☒ NO

2. HAVE YOU FILED A GRIEVANCE CONCERNING THE FACTS RELATING TO YOUR CURRENT COMPLAINT? ☒ YES ☐ NO

IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.
AT THE FIRST INSTITUTION WHICH IS PART OF MY COMPLAINT MENS DOWNTOWN CENTRAL I ASKED FOR

GRIEVANCES MULTIPLE TIMES THROUGHOUT DATES JANUARY 28TH, 2021 TO FEBUARY 1ST 2021, AND WAS DENIED THE WHOLE TIME BY ALL LAPD OFFICERS WORKING AT THE STATION.

3. IS THE GRIEVANCE PROCEDURE COMPLETED. ☐YES ☒NO
EVERY TIME I FILE A GRIEVANCE IVE DEALT WITH RETALIATION EVEN INSTANCES WHERE MEDICAL TREATMENT FOR CORONA VIRUS WAS DENIED WHERE PERSONEL AND INMATES lOCKED ME IN MY CELL UNTILL I SAID I WAS SUICIDAL AND THEN LABELED A BOMBER FOR NO REASON AND STRIPPED BUTT NAKED foo 7 DAYS JUST FOR ASKING FOR TREATMENT. THIS WAS AFTER AN INCIDENT WHERE I ASKED HIGHER UP PERSONEL TWO STRIPED ON 11·4·21 TO SIGN A HABEUS /ORPUS FORMA PAUPRIS FORM. (INCIDENT MEDICAL TREATMENT HAPPENED 11·12·21) AFTER AT 6·00 - 6:47 SHE DEPUTY MEDINA HAD SAID IM GOING TO GET HIM PUT IN HOH 11·4·21 TO JOHN CRUMPTON AND ANOTHER INMATE IN TTCF 252 E·POD DURING PILL CALL

b. ANOTHER INCIDENT OF RETALIATION ON 9·23-21, 9·24·21, 9·29·21
WHERE DIRECTLY AFTER GRIEVING FOR A DEPUTY PERSONS NAME ON A 7·9·21 INCIDENT OF CRUEL AND

UNUSUAI PUNISHMENT 8TH AMENDMENTS. I GOT PUNISHED FOR NO REASON AFTER A MANDATORY YARD AND SEARCH.

All 19 LIGITAMATE GRIEVANCES IVE DIALED FOR VARIOUS REASONS INCLUDINC. AIR VENTILATION, SINK WATER, RELIGION, HARRASSMENT/RETALIATION AND REQUESTS FOR COMMISSARY PRINTOUTS FOR FORMA PAUPRIS REQUEST FILING STATUS HAVE All GONE NON RESPONSIVE AND NOT ONE SEARGEANT HAS RESPONDED AFTER GRIEVANCES AT ANY TIME. AT ONE POINT IN OCTOBER I ASKED TO HAVE A MINUTE TO SPEAK WITH A SEARGEANT WHEN AN INMATE ATTACKED ME AND TRIED TO PUT ME IN A CELL FOR ASKING AFTER HE SAID HE WOUlA COME BACK AND SPEAK WITH ME BUT NEVER DID. DATE 10-4-21. I AM SCARRED TO GRIEVE ANYTHING UNTIll RELEASE

C. JURISTICTION

THIS COMPLAINT ALLEGES THAT THE CIVIL RIGHTS OF PLAINTIFF JACOB THOMAS ASHER WHO PRESENTLY RESIDES AT. lOS ANGELES COUNTY JAIL 450 BAUCHET ST, lOS ANGELES CA, 90012 WERE VIOLATED AT MENS DETENTION CENTRAl lOS ANGELES COUNTY JAIL.
                    . ON DATES JAN 28TH, 2021 - FEB 1ST, 2021

1. DEFENDANT(S) LAPD IO'S ANGELES POLICE DEPARTMENT (ETAL)
RESIDES OR WORKS AT MENS DOWNTOWN CENTRAL (ETAL)
PEACE OFFICER(S) OF LAPD

THE DEFENDANT IS SUED IN HIS/HER(CHECK ONE OR BOTH): ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY

EXPLAIN HOW THE DEFENDANT WAS ACTING UNDER THE COLOR OF THE LAW:
WORKING AS PEACE OFFICERS AT DOWNTOWN CENTRAL JAIL

2. DEFENDANT(S) MEDICAL SERVICES/INSURANCE (ETAL)
MENS DOWNTOWN CENTRAL JAIL
MEDICAL NURSES-RN, DOCTORS, MEDICAL PRACTICIONEERS

THE DEFENDANT IS SUED IN HIS/HER(CHECK ONE OR BOTH)
☒ INDIVIDUAL ☒ OFFICIAL CAPACITY

EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER THE COLOR OF THE LAW:
THIS SERVICE WAS WORKING AT MEDICAL PRACTICIONEERS AND AS MEDICAL RN NURSES AT MENS CENTRAL JAIL

3. DEFENDANTS  WEST  HOLLYWOOD  POLICE DEPARTMENT

LAPD (ETAL)   JOHN DOE  0 — 30   PEACE  OFFICERS  OF

LAPD

EXPLAIN HOW  THE  DEFENDANTS  WERE  ACTING  UNDER THE

COLOR  OF  THE  LAW?

WORKING  AS  PEACE  OFFICERS  AT  WEST HOLLYWOOD

LAPD  STATION

D. CLAIMS

## CLAIM II

MY MIRANDA RIGHTS WERE NOT FOLLOWED
RIGHT TO CALL A LAWYER OR BAILBONDSMAN.

MY RIGHT TO GRIEVANCE PROCEDURE WAS DENIED.

8TH AMENDMENT RIGHTS  CRUEL AND UNUSUAL PUNISHMENT
NO SHOWER, WEIGHING UNDER 168-8 POUNDS  WITH
A MINIMUM BMI ALLOWABLE WEIGHT AT 6' MEDIUM
BUILD BEING 176 POUNDS.
STARVATION, NO SHOWER, NO OUT OF CELL ACCESS FOR
THREE DAYS, MEDICAL WITHDRAW FROM ALCOHOL WAS
DENIED AFTER A BLOOD PRESSURE CHECK OF EXREMELY
HIGH BLOOD PRESSURE MEDICAL GRIEVANCE PROCEDURE
WAS  ALSO UNACCESSABLE DUE TO LOS ANGELES
POLICE DEPARTMENT OFFICIALS NEGLIGENCE TO
REQUEST CARE.

ON JANUARY 28TH, 2021
ON A LOS ANGELES COUNTY UNIFIED ARRESTEE MEDICAL
SCREENING FORM  IT IS FILLED OUT AT THE TOP
DO ANY OF THE FOLLOWING APPLY TO YOU CIRCLED
MENTAL HEALTH ISSUES MARKED YES WRITTEN  D.T.

D. CLAIMS

## CLAIM I

THE FOLLOWING CIVIL RIGHT HAS BEEN VIOLATED:

FALSE IMPRISONMENT

CRUEL AND UNUSUAL PUNISHMENT

NEGLIGENCE

UNLAWFUL GRIEVANCE PROCEDURE DENIALS


SUPPORTING FACTS:

DURING THREE DAYS ONE OF INITIAL ENTRY
I WAS BROUGHT TO MEDICAL AND HAD AN EXTREMELY
HIGH BLOOD PRESSURE THAT WAS NOT NOTED ON MEDICAL
RECORDS AT ALL.
SINCE I THOUGHT I HAD BAILBONDSMAN CALL RIGHTS.
I TOLD THEM THAT I WANTED TO GET INTO HOUSING
BECAUSE I WAS DETOXING BAD, AND WANTED TO BAIL
OUT. I AM ASKED ABOUT MY MENTAL HEALTH ISSUES
I TELL THEM I HAVE NONE I DID NOT WANT IT TO
BE USED FOR COURT, AND DID NOT WANT TO GET TRANS-
PORTED TO LA COUNTY THAT TAKES TWO DAYS TO BOOK
AND PROCESS. I WAS ESCORTED BY PEACE OFFICER
LAPD, ETAL. AS WE WERE WALKING OFF I SAID CAN
YOU WIEGH ME OUT TO SEE IF I CAN GET A
HIGH PROTIEN DIET THE OFFICER SAID NO. LAST WIEGHT

148.8 POUNDS DOWNTOWN ON THE LARGE SCALE.

WHEN I HAD RECENTLY HAD MAJOR ISSUES WITH

POLICE HARRASSMENT I TOLD THE PEACE OFFICER I HAD

PEPPER SPRAY ALL OVER ME AND NEEDED A SHOWER.

HE TELLS ME "I HAVE A PLACE FOR YOU".

WHEN WE GET TO BOOKING PHOTO STATION I ASK FOR

FOOD IM STARVING. HE TELLS ME I'LL BRING YOU SOME-

THING LATER.

ON DATE 1·28·21    18:19   LAPD MDC JAIL

ON A BEHAVIORAL OBSERVATION AND MENTAL HEALTH

REFERAL  DEGUZMAN PEACE OFFICER SUPERVISOR REVIEW

REASON FOR PLACING ME ON MENTAL HEALTH OBSERVATION

OBSERVATIONS MARKED NONE OBSERVED.

 WHEN I REACHED MY CELL APPROX 9PM-10PM

I HAD TO SLAM ON MY DOOR TO GET DINNER,

THIS NEXT MORNING I WOKE UP JAN 29th 2021

WITH BAD D.T.S OFF OF ALCOHOL. I REQUESTED

MEDICAL ATTENTION TO PEACE OFFICERS ALL DAY LONG.

I ALSO ASKED FOR A SHOWER, BALLCAN STILL

FULL OF PEPPERSPRAY. I REQUESTED FOR MEDICAL

ATTENTION IN FRONT OF DEPUTIES AND WAS IGNORED

AND SOMEONE IN A CELL DIRECTLY TO THE LEFT OF MINE

WAS TREATED WITH A HEADACHE. I WAS DELERIOUS

FEELING AS IF I WAS GOING TO FAINT. SHAKING

PROFUSELY, SWEATING, AND FELT AS IF SOMEONE WAS TRYING TO KILL ME. THROUGHOUT THE DAY I REQUESTED A BAILCALL A SHOWER AND MEDICAL ATTENTION AND TO THROW TRASH AWAY. MY TRAY SLOT WAS THE ONLY ONE CLOSED THROUGHOUT THE WHOLE UNIT. I PRESSED THE EMERGENCY BUTTON AT LEAST 100 TIMES REQUESTING AND SCREAMING FOR HELP THAT I WAS DETOXING OFF OF ALCOHOL, BUT WAS IGNORED ALL DAY LONG. THROUGHOUT THE DAY I SAW PHONE NUMBERS FOR BAIL LISTINGS HANGING FROM THE STAIRWELL AND I ASKED PEACE OFFICERS TO LET ME PLEASE CALL SOMEONE FOR BAIL OR A LAWYER. REQUESTING GRIEVANCENCE FORMS FOR MEDICAL AND FOR CRUEL AND UNUSUAL 8th AMENDMENT RIGHTS.

THE NEXT DAY SAME THING ALL DAY LONG REQUESTING FOR GRIEVANCE FORMS. I PRESSED THE BUTTON FOR EMERGENCY WHEN A SEARGEANT ANSWERED THAT I ALSO TOO REQUESTED FOR HELP I WAS DT'ing OFF OF ALCOHOL HE SAID HE WOULD ADDRESS THE ISSUE, MEDICAL NEVER CAME BACK. EVERYTIME MEDICAL PASSED THROUGH, I REQUESTED HELP. AT THIS POINT I WAS BEGGING TO GET CAMERAS AND IN NEED TO CALL A LAWYER OR A FAMILY MEMBER, I REQUESTED TO ALSO TAKE A SHOWER STILL FULL OF PEPPER SPRAY AND WITHDRAWING FROM ALCOHOL.

TRASH PILED UP IN MY CELL THREE DAYS WORTH OF BREAKFAST, LUNCH, AND DINNER. A PEACE OFFICER BROUGHT ME A CUP WITH SOAP IN IT AND TOLD ME TO WASH MYSELF THIS WAY. I WENT BACK TO SLEEP AND GOT WOKEN UP FOR COURT FEB1ST AND A SHERIFF DEPUTY WOKE ME UP WHEN I TOLD HIM I WAS TOO SICK TO GO TO COURT HE SAID YOUR GOING ANYWAYS. I GOT OUT OF MY CELL AND TOLD HIM AFTER HE SHUT THE CELL DOOR "I THINK I LEFT MY PIN NUMBER IN THE CELL"

HE SAID "JUST LEAVE IT WE'LL GET YOU ANOTHER ONE".

FEBUARY 1ST: AT COURT THERES A MEDICAL ORDER FOR AFTER I ASKED MY PUBLIC DEFENDER, TO GET CAMERAS, IF I COULD GO PROPER, AND THAT I WAS DETOXING AND GOT MY STUFF STOLEN BY LIQUOR LOCKER EMPLOYEES.

PUBLIC DEFENDER PARKER SHEA SAMSON SAYS

X MARKED MENTAL HEALTH TREATMENT

COMMENT BY HER HX OF NEEDING PSYC MEDS, STATEMENTS DO NOT MAKE SENSE.

SIGNED BY JUDGE MIGUEL ESPINOZA

STAMPED FEBUARY 02, 2021

WHICH CAUSED YET ANOTHER PROBLEM AT THE JAIL WHICH IS A COMPLETELY SEPERATE ISSUE.

E. REQUEST FOR RELIEF

500,000.00
EACH PEACE OFFICER 1,800
SUPERVISOR DEGUZMAN 8,600

By DEPUTY CANDEJAS SIGNED AT 1800 EMPLOYEE ID NUMBER 44225

UNDER JAILER OBSERVATIONS MARKED By DEGUZMAN EMPLOYEE ID NUMBER 69005 TIME 1836

ON LOS ANGELES POLICE DEPARTMENT CLASSIFICATION ASSESSMENT UNDER MEDICAL TREATMENT PROVIDED IT IS CIRCLED DRUGS LAST 48HOURS X UNABLE TO DETERMINE X.

ON MY PAST MEDICAL HISTORY IT IS MARKED AND NOTED ALCOHOLISM

WHEN I GOT TO MDC JAIL I HAD AN EXTREMELY HIGH BLOOD PRESSURE BUT NOT NOTED ON ANY DOCTORS NOTES FROM MEDICAL.

I WAS PLACED INTO A CELL PER

ON LOS ANGELES COUNTY UNIFIED

BEHAVIORAL AND MENTAL HEALTH REFERRAL OBSERVATION IT STATES AT TIME 1819. DEGUZMAN SDO 69005 1/28/2021 1836

OBSERVED BEHAVIORS SECTION MARKED NONE OBSEVED X

THEN PLACED INTO MENTAL HEALTH HOUSING

WHILE IN HOUSING ON CAMERA I REQUESTED MEDICAL TREATMENT TO MEDICAL EVERYTIME THEY CAME THROUGH FOR PILL CALL. (CAMERA IN CELL HOUSING) FOR WITHDRAW OF ALCOHOL.

HISTORY OF DETOXING OFF OF ALCOHOL AT JAILS

THIS IS AN UNAMENDED SUIT RIGHT NOW I HAVE BLOOD POISONING FROM A CHEEKBONE INFECTION AND MY BODY ON THE INSIDE HEART HURTS, STOMACH, LIVER, AND SPLEENE. MY DOCTOR HERE HAS ME ON ANTIBIOTICS 30 DAYS AND NURSES REFUSE TO TREAT IT AND SAY THAT IM MAKING STUFF UP BUT I WOULD LIKE TO FILE INCOMPLETE AND FINISH OTHER CLAIMS TO THE SHERIFFS DEPT LATER

I APOLOGIZE TO THE CLERK/JUDGE FOR ANY INCONVIENIENCE AS I AM TERMINALLY ILL FOR 45 DAYS STRAIGHT WITH INTERNAL PAIN. I AM PROPER IN DEPT 126 BUT THE JUDGE WILL NOT PUT ME ON CALENDER UPON REQUEST I AM HOUSED AT 261 APDO CELL 5

ON 1.5.21 A DEPUTY THREATENED TO LOOSE ME IN THE SYSTEM. THEY THINK IM THE F.B.I I AM SCARRED FOR MY LIFE I HAVE NEVER HAD INTERNAL PAIN LIKE THIS BEFORE

YEARS 2009- 2011

SONOMA COUNTY JAIL SEVERAL, CA

    2011 - 2012

SANTA CLARA COUNTY JAIL, CA

    2013 - 2014

KITSAP COUNTY JAIL, WA    DESMOINES   SCORE

KING COUNTY JAIL, WA       COUNTY   JAIL, WA

    UNKNOWN YEARS

HUMBOLT COUNTY JAIL, CA

    UNKNOWN YEARS

ALEMEDA  COUNTY JAIL, CA

NORTH OAKLAND COUNTY JAIL, CA

    UNKNOWN YEARS

SAN FRANSISCO COUNTY JAIL, CA

    2017 - 2020

    LA COUNTY JAIL, CA

WHEN I GOT TO LA COUNTY JAIL THE DOCTOR ON

2/2/21 REPORTS

#ETOH: FULL HANDLE OF HARD LIQUOR QD FOR YEARS

LAST DRINK 5 DAYS AGO. WAS HELD AT POLICE SUBSTATION

FOR A FEW DAYS PRIOR TO ARRIVAL AND WAS NOT

RECIEVING ETOH W/O TREATMENT THERE. ENDORSES A

HISTORY OF W/O SIEZURE AND HOSPITALIZATION, AND

REVIEW OF PREVIOUS RECORDS SHOW HISTORY OF W/O

SIEZURE AND HOSPITALIZATION, AND REVIEW OF PREVIOUS RECORDS SHOW HISTORY OF W/O REQUIRING LCMC TRANSFER IN 2017.

PT. REPORTED NAUSEA WITHOUT SWEATING, SWEATS, ANXIETY, SHAKES

1 All NURSING STAFF FAILED TO ATTEND TO AN EMERGENCY OF INMATE SELF DETOXING OFF OF ALCOHOL WITH A HISTORY OF ALCOHOL DETOX

2 ALCOHOL DETOX CAN BE DEADLY

3. STARVED AND UNDERWEIGHT MALNUTRICIONED AT THE TIME COMING IN WIEGHING 148.8 POUNDS AND AFTER THREE DAYS STILL 168.8 POUNDS NOT PROVIDED A HIGH PROTIEN HIGH CALORIE DIET,

4. PLACED IN MENTAL HEALTH BUT NOT TREATED WITH MENTAL HEALTH MEDICATION.

ALCOHOL CONSUMED 7 DAYS BEFORE ENTRY

20th OF JANUARY ⅕th OF VODKA 1 BOTTLE OF WINE

21ST THREE FOUR LOCOS AND A LITRE OF TAAKA VODKA

22ND - 25th 1.75 LITRE OF BUTELET ORANGE LABEL 100 PROOF

26 - 27th ⅕th OF JAMESON 1 SIMPLY BEST 12OZ BEER

28th ONE 12 DAY CHRISTMAS WHISKEY 1 SHOTS

E. REQUEST FOR RELIEF

I BELIEVE THAT I AM ENTITLED TO THE FOLLOWING RELIEF:

485,000.00 MEDICAL MALPRACTICE / NEGLIGENCE / ATTEMPTED MURDER

5,839.00 EACH NURSE PASSING THROUGH THAT IGNORED ME WHILE REQUESTING DETOX

CLAIM III

THE FOLLOWING CIVIL RIGHT HAS BEEN VIOLATED
NOT ALLOWING CONSTITUTIONAL MARANDA RIGHTS
FOR BAIL CALL, LAWYER CALL,
8th AMENDMENT CRUEL AND UNUSUAL PUNISHMENT
NOT SERVING DINNER TO (SELF) INMATE AT
DINNER TIME.
FREEDOM OF SPEECH          OBSTRUCTION OF JUSTICE
FALSE IMPRISONMENT
KIDNAPPING


SUPPORTIVE FACTS:
I WAS LED DIRECTLY TO SEARGEANT TYSON
I WAS ASKING FOR FOOD AT 4:20 PM
ALSO ASKED FOR WATER, BAIL CALL AND
CONSTITUTIONAL MARANDA RIGHTS.
SEARGEANT TYSON ASKS IF I NEED MEDICAL
ATTENTION. I SAID "NO" MEANING I WAS REALLY
WANTING TO TALK WITH HIM ABOUT STOLEN ITEMS
AND ATTACK AT THE SCENE BY VICTEM/WITNESS
BOTH ON CAMERA.
ARRESTING OFFICER WOLFCHIEF YANKED ME
AWAY.

I WAS DETOXING OFF OF ALCOHOL EXTREMELY BAD LAST DRINK AT 3:30AM. AT THE TIME DRINKING 1/2 GALLON OF WHISKY EVERY 30 HOURS AVERAGE. I TOLD WOLFCHIEF AND DEPUTY CANDEJAS I HADNT EATEN IN TWO DAYS NOTHING BUT ONE ORANGE CANDY SLICE BAG. I WAS SAT DOWN AND HANDCUFFED TO A BENCH. I TRIED TO REQUEST TO TALK WITH THE SEARGEANT ABOUT STOLEN ITEMS DIAMONDS MISSING WOLFCHIEF MARKED PEACE OFFICER SAID HOLD ON. I ASKED ARRESTING OFFICERS CAN I GET A BAIL PHONE CALL OR A LAWYER PHONE CALL. CAN I GET FOOD, CAN I CALL A LAWYER CAN I HAVE WATER I AM DETOXING ALL WERE DENIED. I WAS EXTRE-MELY TIRED AND DEHYDRATED AFTER RUNNING FROM ATTACKS. ALSO FULL OF PEPPER SPRAY. I REQUESTED A CELL TO WASH MYSELF OFF. NO ACLESS TO WATER. THE PEACE OFFICERS REFUSED TO LET ME MAKE OR WRITE A STATE-MENT. WHILE I WAS ON THE BENCH I PLEADED FOR HELP TO TAKE A STATEMENT OR GET SOME FOOD OR WATER. THE COPS PASSING BY WOULD IGNORE MY PLEAS OR TELL ME ITS NOT THEER JOB WHILE ASKING FOR DINNER AT DINNER TIME.

SINCE I NOTICED CAMERAS AND I SAID MY STORY AND THAT MY BAG WAS STOLEN, WHOS IT WAS, I SAID I WAS ATTACKED THAT I HAD 416 THE SHERIFFS THEY HAD GIVEN ME A PAMPHLET TO GIVE TO THE CASHIER1 AND CASHIER2, THAT I WENT BACK TO THE STORE TO TRY TO GET THE GUY TO CALL THE ALTEDENA SHERIFFS DEPT. I SAID THAT A GUY ATTACKED ME. THAT I RAN AWAY. THAT I CAME BACK EVERY TIME I GOT TO THIS PART I WAS TOLD TO SHUT UP, OR DISTRACTED BY OTHER PEACE OFFICERS (TALKED OVER). EVERY TIME I GOT TO THE PART WHERE A POLE WAS LAYED NEXT TO MY HEAD WHILE I WAS SLEEPING. THAT I NEEDED TO GET CAMERA FOOTAGE. EVERY TIME I STARTED TO GET TO THE PART OF THE INCIDENT WHERE I WAS KICKED IN THE BALLS I WAS STOPPED BY PEACE OFFICERS, SERGEANTS, LUETINANTS. WHEN I WAS SITTING ON THE BENCH I SAID I WAS A 1BG RAIDER BLACK OPS MARINE. I HAD HEARD SOME OTHER PEOPLE MENTION THIS TO ME SO I EMULATED THEM. I PLEADED FOR MEDICAL ATTENTION FOR HELP FOOD, WATER, JAIL CALL. AS I WAS DOING THIS A COP

COMES IN THE SAME ONE THAT I HAD
ISSUES WITH ON JANUARY 14th THAT HAD
ALMOST SHOT ME DOWNTOWN COME IN WITH
4 ARRESTEES THAT ALL LOOKED LIKE RAIDERS
WITH TATTOED RIGHT EYE PATCHES AND RAIDER
TATTOOS ON THEM.
THE PEACE OFFICER LOOKED AT ME IN
AN ANGRY WAY AND HUFFED AND PUFFED IN
HIS COVEI-19 MASK
HE TAKES THE FOUR GUYS THAT LOOKED LIKE
RAIDERS TO THE BENCH AND ONE RAIDERS
LOOKING SKELETIN GUY TO A HOLDING CELL.
I SAID WHY CANT I GET A PHONE CALL AND
A CELL full of PEPPERSPRAY. I STARTED TALK-
ING SHIT TO THE RAIDER GUYS, also BEGGED
PEACE OFFICERS WALKING BY TO MAKE A
STATEMENT IN WRITING. DURING THIS TIME
I WAS RIDICULED BY OFFICERS ABOUT MY
STOLEN BAG AND ABOUT FOOD. ARRESTING
OFFICER CANDESAS FINALLY COMES OUT ABOUT
1 HOUR LATER WITH ONE HALF A 4 OUNCE CUP
OF WATER AND POURS THE REST DOWN MY
CHEST AND FACE full OF PEPPERSPRAY.
I SAID CAN I MAKE OR WRITE A STATEMENT

"NO" HE TOLD ME. MY BODY STARTED BURNING
FROM THE PEPPERSPRAY. I TOLD OFFICER CANDEJAS
THAT I WAS GAY. I DIDNT WANT THE PROPER
GUYS TO BE MAD AT ME AND BEAT ME
UP SO I TOLD HIM IM NOT GAY. I AM
ACTUALLY A BISEXUAL MALE. I KEPT ON
ASKING FOR CAMERAS. OFFICER CANDEJAS COMES
BACK WITH A STEEL POLE (EVIDENCE) IN
HIS HAND DESTROYING EVIDENCE. IT WAS
LAYED NEXT TO MY HEAD WHILE I WAS
SLEEPING. WHILE HE DID THIS HE WAS
TALKING WITH THE LUITINANT WITH 40 YEARS
WORTH OF BARS ON HIS SLEEVE. I SAID HEY
MY DIAMONDS ARE MISSING I LOST MY RED
BAG HE SAID SHUT UP OR BOOKEM. I
ASKED PLEASE LET ME GET A CHANCE. I WAS
TOLD BY A WOMAN LAPD TO BE QUIET. I
WAS QUIET FOR ABOUT FIVE MINUTES AND
THEN CANDEJAS CAME OUT FOR A STRIP —
SEARCH

